FILED
SEP 02 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655
Fax: (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for John Richard Chaidez Sanchez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>         Plaintiff,           )<br>                              )<br>   vs.                        )<br>                              )<br> John Richard Chaidez Sanchez, )<br>                              )<br>         Defendant.           ) | Case No. 1:07CR00234-003 OWW<br><br>STIPULATION TO CONTINUE<br>AND ORDER<br><br><br><br><br>DATE: September 14, 2009 Time: 9:00 am<br>Hon:   Oliver W. Wanger |

Barbara Hope O'Neill, the attorney of record for John Chaidez Sanchez and Laurel J. Montoya, Assistant United States Attorney, have agreed to advance this matter from September 14, 2009 at 9:00 a.m. until September 8, 2009 at 9:00 a.m. The reason for the continuance is that defense counsel has an out of town court commitment at the date and time currently set.

Dated: September 1, 2009                    Respectfully submitted,

                                            /s/ Barbara Hope O'Neill
                                            Barbara Hope O'Neill
                                            Attorney for John Richard Chaidez Sanchez

Dated: September 1, 2009                    /s/ Laurel J. Montoya
                                            Laurel J. Montoya
                                            Assistant U.S. Attorney

ORDER

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing in this matter presently set for September 14, 2009, at 9:00 a.m. is advanced until September 8, 2009, at 9:00 a.m., to be heard before the Honorable Oliver W. Wanger.

Dated: September __1__, 2009

Honorable Oliver W. Wanger
United States District Judge